

# IN THE
# TENTH COURT OF APPEALS

No. 10-11-00292-CR
No. 10-11-00293-CR
No. 10-11-00294-CR

**COREY STEWART,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 361st District Court
Brazos County, Texas
Trial Court Nos. 10-02912-CRF-361, 10-02911-CRF-361
And 10-03856-CRF-361**

## MEMORANDUM  OPINION

On August 1, 2011, we received a notice of appeal for four trial court case numbers all styled "The State of Texas vs Corey Stewart."  Thus, we docketed each trial court case number as a separate appeal:  trial court case number 10-02913-CRF-361 as appellate case number 10-11-00291-CR; trial court case number 10-02912-CRF-361 as appellate case number 10-11-00292-CR; trial court case number 10-02911-CRF-361 as

appellate case number 10-11-00293-CR; and trial court case number 10-03856-CRF-361 as appellate case number 10-11-00294-CR. *See* TEX. R. APP. P. 12.2(a), (b), and (c).

On August 11, 2011, we received a copy of an order appointing counsel in trial court case number 10-02913-CRF-361 (10-11-00291-CR) from that counsel. Counsel informed us that she was appointed only in trial court case number 10-02913-CRF-361 and that the other three trial court cases were still pending in the trial court. We contacted the trial court clerk and confirmed that trial court case numbers 10-02912-CRF-361, 10-02911-CRF-361, and 10-03856-CRF-361 are still pending in the trial court and no judgment has been rendered in any of these cases.

Because no judgment has been rendered in trial court case numbers 10-02912-CRF-361, 10-02911-CRF-361, and 10-03856-CRF-361 and these cases are still pending in the trial court, the notice of appeal for each of these cases is not effective, and we have no jurisdiction of the corresponding appeals 10-11-00292-CR, 10-11-00293-CR, and 10-11-00294-CR. *See* TEX. R. APP. P. 26.2(a); 27.1(b) ("…a notice of appeal is not effective if filed before the trial court makes a finding of guilt or receives a jury verdict.").

Accordingly, these appeals are dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeals dismissed
Opinion delivered and filed August 24, 2011
Do not publish
[CR25]